UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCHWARTZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NICHOLAS FINN, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-02044-SK<br><br>**JUDGMENT** |

　　　IT IS HEREBY ADJUDGED that Defendants' motion to dismiss is GRANTED, as described in this Court's order dated today.  This constitutes a final judgment under Federal Rule of Civil Procedure 58.  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 26, 2021

_____
SALLIE KIM
United States Magistrate Judge